IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

      Plaintiff,                        No. 2:12-cv-1600 EFB P

     vs.

UNKNOWN,

      Defendants.                ORDER

      Plaintiff, a prisoner proceeding without counsel, has filed a letter directed to United States District Judge Thelton Henderson, of the Northern District of California. Dckt. No. 1. He complains of inadequate medical care at High Desert State Prison, and inquires about the status of a case pending in this district before United States Magistrate Judge Kendall Newman. *See Anderson v. Kelso*, Case No. 2:12-cv-0261 KJN. It does not appear that plaintiff intended to commence a new action through his letter, as he did not name any defendants, file a complaint, request leave to proceed in forma pauperis, or pay the filing fee.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall file a copy of the June 4, 2012 letter (Dckt. No. 1) in *Anderson v. Kelso*, Case No. 2:12-cv-0261 KJN, and shall close this case.

Dated: June 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE